**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: January 26, 2023

Mr. Aaron M. Glasgow
Isaac Wiles & Burkholder
Two Miranova Place
Suite 700
Columbus, OH 43215-5098

Mr. Mark D. Landes
Isaac Wiles & Burkholder
Two Miranova Place
Suite 700
Columbus, OH 43215-5098

Mr. Robert Craig McLaughlin
Law Office
6105 Parkland Boulevard
Suite 140
Mayfield Heights, OH 44124

          Re: Case No. 22-3904, *Kelsea Mercer v. Athens County, OH, et al*
               Originating Case No. : 2:20-cv-03214

Dear Counsel,

   The appellant's motion for an extension of time to file the reply brief has been GRANTED. The reply brief is now due **February 9, 2023**.

                                   Sincerely yours,

                                   s/C. Anthony Milton
                                   Case Manager
                                   Direct Dial No. 513-564-7026